# Exhibit A



US008141303B2

(12) **United States Patent**  (10) Patent No.: **US 8,141,303 B2**
McDow, Jr. et al.   (45) Date of Patent: **Mar. 27, 2012**

(54) **PIPE FLASHING APPARATUS AND METHOD**

(75) Inventors: **William Archie McDow, Jr.**, Tallassee, AL (US); **David Campbell McDow**, Montgomery, AL (US)

(73) Assignee: **Golden Rule Fasteners, Inc.**, Tallassee, AL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 101 days.

(21) Appl. No.: **12/604,933**

(22) Filed: **Oct. 23, 2009**

(65) **Prior Publication Data**

US 2011/0094165 A1     Apr. 28, 2011

(51) Int. Cl.
*E04D 1/36* (2006.01)
*E04D 3/38* (2006.01)
*E04D 13/14* (2006.01)
*E04B 1/00* (2006.01)
*E04B 7/00* (2006.01)

(52) U.S. Cl. ........... **52/58**; 52/60; 52/63; 52/98; 52/198; 52/219

(58) Field of Classification Search ................ 52/58, 60, 52/63, 98, 198, 219; 285/42, 43, 44, 3, 4, 285/177
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,903,997 A * | 2/1990 | Kifer | 285/43 |
| 5,036,636 A | 8/1991 | Hasty | |
| 5,176,408 A | 1/1993 | Pedersen | |
| 5,226,263 A | 7/1993 | Merrin et al. | |
| 5,588,267 A | 12/1996 | Rodriguez et al. | |
| 6,185,885 B1 | 2/2001 | Thaler | |
| 2007/0101664 A1 | 5/2007 | Hoy et al. | |

OTHER PUBLICATIONS

Best Materials Retrofit Small Rectangular Base Red Silicone Pipe Flashing Boot, found at http://www.bestmaterials.com/detail.aspx?ID=16155.

* cited by examiner

*Primary Examiner* — Mark Wendell
(74) *Attorney, Agent, or Firm* — Husch Blackwell LLP

(57) **ABSTRACT**

A roof flashing for forming a weather-proof seal about pipes of different diameters extending through openings in building structures, the flashing has a collar having a conical shape with a bottom edge and an apex end for passage of the pipe, the collar comprising a wall of elastomeric material wherein the wall has annular grooves forming tear lines for removing a portion of the collar allowing the collar to sealingly engage different diameter pipes. In addition, the roof flashing has a base having a tapered cylindrical shape formed by a wall of elastomeric material, the base having an opening formed by a top edge wherein the top edge is coupled to the bottom edge of the collar, the base further having a bottom edge. Furthermore, the roof flashing has a foot that has an annular opening wherein the annular opening is coupled to the bottom edge of the base, the foot having a substantially rectangular shape such a front portion of the foot is installed atop one or more shingles of a shingle roof and a back portion of the foot is installed beneath one or more shingles of the shingle roof, wherein the roof flashing has a longitudinal opening defined by opening members that extend from the apex of the collar to an edge of the foot thereby allowing the flashing to be spread apart and placed about a pipe, whereupon opening members are pressed together and secured by coupling members that seal the longitudinal opening.

2 Claims, 4 Drawing Sheets







FIG. 1



FIG. 2

FIG. 3



FIG. 4



FIG. 5

U.S. Patent  Mar. 27, 2012  Sheet 4 of 4  US 8,141,303 B2



FIG. 6

US 8,141,303 B2

1

# PIPE FLASHING APPARATUS AND METHOD

## FIELD OF THE INVENTION

The present disclosure generally relates to the field of flashing systems for pipes that extend through a shingle roof or other similar type of roof.

## BACKGROUND

A roof flashing is often placed around discontinuities or objects which extend through or from the roof of a building in order to deflect water away from seams or joints. For example, a roof flashing is often used to prevent rain water from leaking about a pipe protruding from the roof. Modern roof flashing may be metal, rubber or other waterproof synthetic materials that are shaped to meet a specific need.

A typical roof flashing for a pipe has an extension that fits snuggly about the pipe and where the extension has a downward taper away from the pipe and a base that is approximately perpendicular to the pipe, for attaching the flashing to roof decking. Caulking is sometimes used around seams formed where the pipe flashing material contacts the pipe or decking to ensure water does not leak through the roof of the structure and into the building protected by the roof.

There are roof flashings for metal roofing. The roof flashings for metal roofs have extensions through which pipes or other objects can extend, as described hereinabove. In addition, the roof flashings have a small flange-like base that extends from bottom of the extension for attaching the roof flashing to the metal roof. There are some metal roof flashings that have an opening that extends the entire length of the extension for wrapping the roof flashing around the pipe or the object before it is attached, via the based, to the metal roof. Caulking can then be used around the base to where it attaches to the metal roof and around the opening through which the pipe or object extends in order to mitigate or prevent leakage. One such roof flashing is described in U.S. Pat. No. 5,176,408.

## BRIEF DESCRIPTION OF THE DRAWINGS

The disclosure can be better understood with reference to the following drawings. The elements of the drawings are not necessarily to scale relative to each other, emphasis instead being placed upon clearly illustrating the principles of the invention. Furthermore, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 depicts an exemplary embodiment of a roof flashing for the present disclosure.

FIG. 2 depicts details of a closure of the roof flashing of FIG. 1.

FIG. 3 depicts the closure of the roof flashing system of FIG. 1 when closure members are connected.

FIG. 4 depicts a clip that is used for holding the members of the closure together.

FIG. 5 depicts several clips coupled to the members of the closure.

FIG. 6 depicts the roof flashing attached to a roof.

## DETAILED DESCRIPTION

The present disclosure generally pertains to a roof flashing that provides a weather-proof seal for keeping water and other material from leaking into a building. The roof flashing of the present disclosure is installable around a pipe, for example, as opposed to being installed by sliding the flashing over the top

2

of the pipe. In addition, the roof flashing of the present disclosure is for use on shingle roofing or shingle-like roofing in that it integrates with the shingles on the roof in order to mitigate or prevent moisture from leaking through the shingle roofing, which is described further herein.

One embodiment of a roof flashing 100 for shingle roofing is depicted in FIG. 1. The roof flashing 100 is comprised of a collar 102, a base 104 and a foot 101. The collar 102 has a cone shape with an apex 110 extending upward, the z-direction, and a bottom edge 111. The bottom edge 111 of the collar 102 is coupled to the base 104 about a top edge 112 of the base. The collar 102 and the base 104 are made of an elastomeric material in order for a pipe attachment edge 103 to stretch about a pipe (not shown) when the flashing 100 is installed. Note that the collar 102 comprises a plurality of pipe attachment edges 103.

The attachment edge 103 is formed, as will be shown, when material is removed from the collar 102. A bottom edge 113 of the base 104, located in the negative z-direction, from the top edge 112 and has a slightly larger diameter then the top edge 112.

Note that the collar 102, the base 104 and the foot 101 are coupled together utilizing attachment methods well-known by those skilled in fabricating devices with elastomeric materials. In other embodiments, the flashing 100 is made of other materials and other fabrication methods are possible. The flashing 100 may be fabricated in a single molding operation or may be made by combining parts together using attachment methods that provide water-proof joints.

The foot 101 is substantially rectangular and extends outwardly from the bottom edge 113 of the base 104. The foot 101 is sufficiently extended in the −z direction so that a front portion 115 of the foot 101 can be layered on top of one or more shingles (not shown) of a shingle roof. In addition, the foot 101 is sufficiently extended in the +z direction so that a back portion 116 of the foot 101 so that one or more shingles (not shown) can be layered on top of the back portion 116 of the foot 101. Integrating the foot 101 with the shingles by layering the foot 101 with the shingles mitigates or prevents moisture from penetrating the shingle roofing where the roof flashing 101 is installed. Such layering of the roof flashing 100 with the shingles is described further with reference to FIG. 6.

Note that in one embodiment the foot 101 has embedded reinforcement material, such as a thin sheet of metal, molded within the elastomeric material forming the foot 101. The foot 101 and the base 104 are coupled together at different angles in order to meet the needs of roofs with different pitches (roof slope). In one embodiment the base 104 has sufficient height and flexibility for installation on shingle roofs having a range of pitches. In this regard, the thickness and flexibility of the foot 101 is such that it acts as a shingle.

A longitudinal opening 106 extends from the apex 110 of the collar 102 to an edge of the foot 101. The longitudinal opening 106 is defined by a first edge 108 and a second edge 107 of the flashing 100 as seen in FIG. 1. When the first edge 108 and second edge 107 are pulled away from each other in the x-direction the width of the opening 106 increases. When the opening 106 extends to a distance greater than a corresponding pipe diameter, the flashing 100 is prepared for placement about the pipe. After the top portion of the collar 102 is placed about a pipe, the first edge 108 and the second edge 107 are brought together to provide a longitudinal seal. When the first edge 108 and second edge 107 are in contact one or more fasteners, such as clip 400 as depicted in FIG. 4, secure and press the edges defining the longitudinal opening together.

3

The longitudinal opening **106** allows for the installation of the roof flashing **100** about a pipe (not shown) over which a flashing could not be placed. As an example, the pipe may be an electrical pipe that has wires that extend therefrom. In such an example, it is not possible to slide a flashing over the top of the electrical pipe. Instead, the roof flashing **100** can be installed around the pipe via the longitudinal opening **106** and thereafter secured as described hereinabove. As another example, the pipe may have a hood or weatherhead that prevents installation of a flashing over the top of the pipe. Again, the roof flashing **100** can be installed around the pipe via the longitudinal opening **106** and thereafter secured.

An embodiment for providing a longitudinal seal is depicted FIG. **2**. A first edge member **201** has a rectangular cross section and a clip groove **205** formed in part by a portion of the top surface of the foot **101**. A second edge member **200** is rounded on the top of the outside edge and has a clip groove **205** and a flap **206** where the flap **206** is sized to fit against and over the top of the first edge member **201**. When first edge member **201** is engaged with second edge member **200** as shown in FIG. **3**, the clip grooves **205** are positioned to receive clips **400** (shown in FIG. **4**). The edges **404** of the clip **400** are placed in clip grooves **205** and the clip **400** is crimped, i.e., squeezed together using a crimping tool or a pair of pliers. In order to provide a weather-proof longitudinal seal multiple clips **400** are crimped about the edge members as best seen in FIG. **5**. The clips are placed from an edge of the foot **101** to a location near the apex **110** of the collar **102**.

In order to securely attach the collar **102** about a pipe of a specific diameter, such as, for example, a 1.5 inch pipe, it is necessary to remove material from the collar as shown in FIG. **1**. The pipe attachment edges **103** have increasing diameters when going downward, the negative z-direction, from the apex **110** of the collar **102**. In one embodiment, the pipe attachment edges **103** are labeled with markings on the collar **102** so an installer knows what material to remove for a specific pipe diameter. As an example, for a 1.5 inch pipe, an installer removes, by tearing and/or cutting, material away from the center portion of the collar **102** along the tear groove labeled 1.5 inches. The opening defined by the top edge of the collar **102** when the material is removed is somewhat smaller than the diameter of the corresponding pipe in order that the collar edge stretch circumferentially around the pipe thereby providing a snug fit and a weather-proof seal when the edges of the collar **102** engage the surface of the pipe. In one embodiment, the collar **102** has eight annular tear grooves **103** so that the flashing **100** is configured to provide a weather-proof seal for pipes of many different diameters. Notably, each pipe attachment edge **103** can be used for a number of different pipe sizes. FIG. **4** depicts an embodiment of a clip **400** that is used to hold the edges defining the longitudinal opening **106** together. The clip **400** has bottom edges **404** that are turned inward. Extending downward from a top member **401** of the clip **400** are a left arm **402** and a right arm **403**, as shown in FIG. **4**. Each of the arms has an inwardly turned tab that extends the length of the clip **400** and defines the bottom edges **404**. When the clip **400** is placed over the longitudinal members **200**, **201**, as shown in FIG. **2**, the clip **400** is crimped so that the edges **404** press against and lock to the inner surfaces of the clip grooves **205**. The clip **400** is made of metal or other material that is malleable and is able to go through several open and close cycles without losing any gripping ability.

FIG. **6** depicts the roof flashing **100** when installed on a roof **600**. A front portion **115** that comprises the longitudinal opening of the foot **101** is placed over one or more roofing shingles **601**. In addition, one or more shingles **602** are placed atop of a back portion **116** (FIG. **1**) of the foot **101**.

4

Note that when installing the roof flashing, the longitudinal opening **106** is in a separated position, like shown in FIG. **1**. When separated, it wraps around a pipe or object that extends from the roof decking. The longitudinal opening **106** is then coupled together such that the front portion **115** of the foot **101** is exposed and on top of one or more of the shingles **601**. Once the roof flashing **101** is installed around the pipe or object, the shingles **602** are placed on top of the back portion **116** of the foot **101**. Layering the foot **101** by placing it on top of shingles **601** and beneath the shingles **602** mitigates or prevents leakage around the roof flashing **101**.

The foot **101** is attached to the roof decking using roofing nails (not shown) or other roofing fasteners (not shown). After the flashing **100** is fastened in place, the shingles **602** are placed on top of the back portion **116** of the foot **101** so that water will drain around and over the flashing **100**.

The foot **101** of the roof flashing **100** may have thin sheets of metal (not shown) embedded within the elastomeric material forming the foot **101** in order to keep roof fasteners from damaging the foot **101**. In addition, the thin sheets of metal makes the foot **101** more rigid to minimize or prevent lifting of the foot **101** by wind, which may cause water infiltration.

It should be emphasized that the above-described embodiments of the present disclosure are merely examples of implementations, set forth for a clear understanding of the principles of the disclosure. Many variations and modifications may be made to the above-described embodiments of the disclosure without departing substantially from the spirit and principles of the invention. All such modifications and variations are intended to be included herein within the scope of this disclosure and the present invention and protected by the following claims.

The invention claimed is:

1. A roof flashing for forming a weather-proof seal about pipes of different diameters extending through openings in building structures, the flashing comprising:

a collar having a conical shape with a bottom edge and an apex end for passage of the pipe, the collar comprising a wall of elastomeric material wherein the wall has annular grooves forming tear lines for removing a portion of the collar allowing the collar to sealingly engage different diameter pipes;

a base having a tapered cylindrical shape formed by a wall of elastomeric material, the base having an opening formed by a top edge wherein the top edge is coupled to the bottom edge of the collar forming an annular intersection edge, the annular intersection edge comprising an unobstructed outer surface angularly transitioning from a first gradient of an outer surface of the wall of the collar to a second gradient of an outer surface of the wall of the base, the base further having a bottom edge; and

a foot having an annular opening where the annular opening is coupled to the bottom edge of the base, the foot having a substantially rectangular shape and configured so that a front portion of the foot may be installed atop one or more shingles of a shingle roof and a back portion of the foot may be installed beneath one or more shingles of the shingle roof,

wherein the roof flashing has a longitudinal opening defined by opening members that extend from the apex of the collar to an edge of the foot thereby allowing the flashing to be spread apart and placed about a pipe, whereupon the opening members are pressed together and secured by coupling members that seal the longitudinal opening,

US 8,141,303 B2

5

wherein the opening members comprise a first opening member and a second opening member,

wherein the first opening member comprises a substantially L-shaped extension comprising a first long portion extending outward from a first base wall opening edge and a first short portion extending perpendicular to the first long portion and in a direction away from the longitudinal opening,

wherein the second opening member comprises a second substantially L-shaped extension comprising a second long portion extending outward from a second base wall opening edge and a second short portion extending per-

6

pendicular to the second long portion in a direction toward the longitudinal opening, and

wherein the second long portion is longer than the first long portion and the second short portion is configured to contact a top surface of the first short portion when the first opening member and the second opening member are coupled together.

2. The roof flashing of claim **1**, wherein the second substantially L-shaped extension comprises an outer curved surface for receiving a curved inner surface of the coupling members.

* * * * *