# Exhibit D










PDF link is https://www.protechonline.net/Shared/Images/Tech%20Data%20Sheets/Electrical-Mast-Connection-MF.pdf



https://www.protechonline.net/3271-Electrical-Mast-Connection-Flashing.html