# Exhibit E







Link is https://www.pipebootexpress.com/Shared/Images/Tech%20Data%20Sheets/Electrical-Mast-Connection-MF.pdf



Images from https://www.pipebootexpress.com/3271-Electrical-Mast-Connection-Flashing.html