# Exhibit F









