# Exhibit G

# Electrical Mast Connection Master Flash®



## Specifically designed for the
## Residential Roofing Industry

**ISO Quality, Price & Availability / ONE COMPOUND**

| | |
|---|---|
| ADVANCED OZONE RESISTANCE tested to... | EPDM 70 hour @ 500 pphm |
| HIGH TEMPERATURE RESISTANCE Tested to   Intermittent | +135°C  (+275°F) |
| Continuous | +100°C  (+212°F) |
| LOW TEMPERATURE RESISTANCE tested to... | – 55°C       (-67°F) |
| COMPRESSION SET minimum... | 25% |

*Complete specification data and testing methods are available upon request.





No hassle stainless steel gripper to secure retrofit application

 **Weather Protection Made of E.P.D.M.**,
these flashings are compounded specifically for maximum resistance to weathering due to ozone and ultraviolet light.

 The built in 20° pitch allows adaptability to almost any roof pitch including 45°

 **Modification Made Simple**
Easy to see pipe diameters make for painless on-site installation.

### Electrical Mast Connection

| Pipe Size / Flashing Details | Compound | Part No. |
|---|---|---|
| Size 0" – 5-3/8" (0 - 136mm) • Base dimensions 15" (381mm) | Black EPDM | EMC101BS |

**To see our complete product line go to www.aztecwasher.com**

  

13821 Danielson Street, Poway, CA 92064 • sales@aztecwasher.com • 1-800-WASHER 5 (927-4375) • Ph: 858-513-4350 • Fax: 858-513-4305