# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GOLDEN RULE FASTENERS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PROTECH PRODUCTS, INC.,<br><br>    Defendant. | Case No 6:19-cv-405<br><br><br>**Jury Trial Demanded** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Golden Rule Fasteners, Inc., declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Respectfully submitted: March 1, 2019

                                      */s/ Timothy C. Davis*
                                      Timothy C. Davis, Fla. Bar No. 571880
                                      **HENINGER GARRISON DAVIS, LLC**
                                      2224 1st Avenue North
                                      Birmingham, Alabama 35203
                                      Telephone: (205) 326-3336
                                      Facsimile: (205) 373-2294
                                      Email: tim@hgdlawfirm.com

                                      James F. McDonough, III**
                                      Travis Lynch**
                                      HENINGER GARRISON DAVIS, LLC
                                      3621 Vinings Slope, Suite 4320
                                      Atlanta, GA 30339
                                      (404) 996-0869 (telephone)
                                      (205) 547-5504 (facsimile)
                                      jmcdonough@hgdlawfirm.com
                                      tlynch@hgdlawfirm.com

                                      COUNSEL FOR PLAINTIFF

                                      ***Pro Hac Vice To Be Applied For***