# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| GOLDEN RULE FASTENERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROTECH PRODUCTS, INC., <br><br> Defendant. | Case No 6:19-cv-00405-CEM-LRH <br><br><br> **Jury Trial Demanded** |

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER (DKT. NO. 29)

Plaintiff Golden Rule Fasteners, Inc. ("Golden Rule" or "Plaintiff") hereby responds to this Court's Order to Show Cause (Dkt. No. 29), and states as follows:

Plaintiff respectfully believes this issue has been resolved by the filing of the Case Management Report on June 4, 2019 (Dkt. No. 32). The undersigned apologizes for the delay in filing the Case Management Report and will ensure that future deadlines in this litigation are much more carefully tracked and met.

Respectfully submitted: June 6, 2019

    */s/ James F. McDonough, III*
Timothy C. Davis, Fla. Bar No. 571880
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 373-2294
Email: tim@hgdlawfirm.com

James F. McDonough, III*
Travis Lynch*
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0869, -0867
Facsimile: (205) 547-5504, -5515
Email: jmcdonough@hgdlawfirm.com
Email: tlynch@hgdlawfirm.com

COUNSEL FOR PLAINTIFF

***admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 6th day of June, 2019, that I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ James F. McDonough, III*
James F. McDonough, III